|   |   |
|---|---|
| 1  | COX, CASTLE & NICHOLSON LLP |
| 2  | Jeffrey D. Masters (State Bar No. 94122) |
|    | E-mail:  jmasters@coxcastle.com |
| 3  | Patrick M. McGovern (State Bar No. 208977) |
|    | E-mail:  pmcgovern@coxcastle.com |
| 4  | 2049 Century Park East, 28th Floor |
|    | Los Angeles, CA  90067-3284 |
| 5  | Telephone:  (310) 277-4222 |
|    | Facsimile:  (310) 277-7889 |

**NOTE CHANGES BY COURT**

Attorneys for Plaintiffs Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc.; Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc.; and Taylor Woodrow Communities at Vasari, L.L.C.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TAYLOR MORRISON, INC., f/k/a Taylor Woodrow, Inc., a Delaware corporation; TAYLOR MORRISON SERVICES, INC., f/k/a Morrison Homes, Inc., a Delaware corporation; and TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C., a Florida limited liability company, | Case No.  2:09-cv-08651-JHN-PLAx |
|---|---|
| | Hon. Jacqueline H. Nguyen |
| Plaintiffs, | |
| vs. | **ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE STAY OF ORDER** |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation, | |
| Defendant. | |

Having considered the *Ex Parte* Application by plaintiffs Taylor Morrison, Inc., Taylor Morrison Services, Inc. and Taylor Woodrow Communities at Vasari, L.L.C (collectively, "Taylor Morrison") to continue the stay of its Order of March 17, 2010, Transferring Case to United States District Court for the Middle District of Florida, and the supporting papers filed therewith, and any papers filed in opposition thereto, it is:

1  ORDERED that the *Ex Parte* Application is GRANTED;

2  FURTHER ORDERED that provided Taylor Morrison files a Petition for Writ of
3  Mandamus with the Court of Appeals for the Ninth Circuit on or before April 5, 2010,
4  the effect of the Order of March 17, 2010 Transferring Case shall be stayed until such
5  time as the Court of Appeals for the Ninth Circuit may deny Taylor Morrison's Petition
6  for a Writ of Mandamus.

7  Taylor Morrison is ordered to file a status report with the Court 90 days from the
8  date of this Order, or notify the Court of the Ninth Circuit's decision, whichever occurs
9  earlier.

11  DATED: March 23, 2010

_____
Judge, United States District Court