1  Cox, Castle & Nicholson LLP
   Jeffrey D. Masters (State Bar No. 94122)
2  E-mail: jmasters@coxcastle.com
   Patrick M. McGovern (State Bar No. 208977)
3  E-mail: pmcgovern@coxcastle.com
   2049 Century Park East, 28th Floor
4  Los Angeles, CA 90067-3284
   Telephone: (310) 277-4222
5  Facsimile: (310) 277-7889

6  Attorneys for Plaintiffs Taylor Morrison, Inc., f/k/a
   Taylor Woodrow, Inc.; Taylor Morrison Services, Inc.,
7  f/k/a Morrison Homes, Inc.; and Taylor Woodrow
   Communities at Vasari, L.L.C.

8

9                  UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

12  TAYLOR MORRISON, INC., f/k/a          Case No.  CV09-08651 JHN (PLAx)
    Taylor Woodrow, Inc., a Delaware
13  corporation; TAYLOR MORRISON
    SERVICES, INC., f/k/a Morrison Homes,  Hon. Jacqueline Hong-Ngoc Nguyen
14  Inc., a Delaware corporation; and
    TAYLOR WOODROW COMMUNITIES
15  AT VASARI, L.L.C., a Florida limited
    liability company,
16                                        NOTICE OF FILING OF MOTION
              Plaintiffs,                 TO TRANSFER TO
17                                        MULTIDISTRICT LITIGATION
    vs.
18
    AMERICAN INTERNATIONAL
19  SPECIALTY LINES INSURANCE
    COMPANY, an Illinois corporation,
20
              Defendant.
21
    ///
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27

28

1    Plaintiffs Taylor Morrison, Inc., Taylor Morrison Services, Inc. and Taylor

2  Woodrow Communities at Vasari, L.L.C. hereby submit, through counsel, this Notice

3  of Filing of Motion to Transfer and Renewed Notice of Related and Potential Tag-

4  Along Action, addressed to the Clerk of the Judicial Panel on Multidistrict Litigation.

5  Copies of said Motion and Memorandum in Support are attached hereto.

6

7  DATED:  June 8, 2010                COX, CASTLE & NICHOLSON LLP

8

9                                By:  _____

10                                     Jeffrey D. Masters
                                       Patrick M. McGovern
11                                     Attorneys for Plaintiffs Taylor Morrison,
                                       Inc., Taylor Morrison Services, Inc., and
12                                     Taylor Woodrow Communities At Vasari,
                                       L.L.C.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:   CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE FOLLOWING CASES:<br>09-4114, 09-4117, and 09-4294 | CASE NO.: MDL Docket No. 2047 |

## MOTION TO TRANSFER AND RENEWED NOTICE
## OF RELATED AND POTENTIAL TAG-ALONG ACTION

**TO THE CLERK OF THE PANEL, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., and Taylor Woodrow Communities at Vasari, L.L.C. (collectively, "Taylor"), defendants in this multidistrict litigation in the United States District Court for the Eastern District of Louisiana, hereby moves to transfer and gives notice of the following related and potential tag-along action:

> Tag-Along/Related Action: *Taylor Morrison, Inc., Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, L.L.C. v. American International Specialty Lines Insurance Company*
>
> Court: United States District Court, Central District of California

Case No.: 2:09-CV-8651 JHN (PLAx)

Judge: Hon. Jacqueline Hong-Nguyen, Courtroom 1600

**Basis for Notice and Motion to Transfer**

1.     On or about June 15, 2009, this Panel determined that coordinated or consolidated pretrial proceedings were appropriate in ten (10) lawsuits which shared "factual questions concerning drywall manufactured in China, imported to and distributed in the United States, and used in the construction of houses; plaintiffs in all actions allege that the drywall emits smelly, corrosive gases." *In Re: Chinese-Manufactured Drywall Prod. Liab. Litig.,* 626 F. Supp. 2d 1346 (June 15, 2009).

2.     Pursuant to that ruling, such proceedings were consolidated in the United States District Court for the Eastern District of Louisiana ("E.D. La."), the Honorable Eldon E. Fallon presiding ("MDL No. 2047").

3.     Since that ruling, numerous actions have been transferred to the transferee Court, including actions seeking declaratory judgment on the issue of insurance coverage.

4.     Judge Fallon has undertaken to provide a forum for the pre-trial litigation, discovery, and possible resolution of all aspects of the cases resulting from the effects of Chinese drywall, including insurance coverage. *See In Re: Chinese-Manufactured Drywall Products Liability Litigation*, Minute Entry of Judge Fallon dated September 24, 2009 and attached hereto as exhibit B at XIV, stating:

> There are a number of issues involving insurance matters that will be addressed in this litigation. These include actions against insurers of manufacturers, exporters, importers, brokers, distributors, builders, drywall contractors/installers and homeowners.

5.     Likewise, every Joint Report issued in connection with MDL No. 2047 has recognized the following:

2

INSURANCE ISSUES

There are a number of issues involving insurance matters that will be addressed in this litigation. These include actions against insurers of ... builders ....

6.       Since the inception of *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, in the Eastern District of Louisiana, several actions have been filed there naming insurance carriers and placing at issue similar or identical insurance policy provisions as those at issue in the instant case. *See e.g., Borne v. Liberty Mut. Fire Ins. Co.* (E.D. La.; CA No. 09-6073); *Van Winkle v. Nautilus Ins. Group* (E.D. La.; CA No. 09-4378); *West v. State Farm Fire & Cas. Co.* (E.D. La.; CA No. 09-6356); *Pate v. Am. Int'l Specialty Lines Ins. Co., et al.* (E.D. La., Case No. 09-07791).   In addition, at least one insurance coverage declaratory judgment action – *Owners Insurance Co., et al. v. The Mitchell Co., Inc., et al.*, M.D. Ga., Case No. 5:09-374 – has been consolidated with MDL No. 2047.

7.       In the instant related action pending in the Central District of California, Taylor seeks insurance coverage for the Chinese drywall claims asserted against it in the multidistrict litigation in the Eastern District of Louisiana and for the losses, costs and expenses arising out of the importation and use of Chinese drywall in homes constructed by Taylor subcontractors.

8.       The action that is the subject of this Motion to Transfer and Tag-Along Notice involves a request for a declaration of the parties' rights under four (4) insurance policies containing language similar or identical to the insurance policies at issue in the actions referred to in paragraph 6, above.   At issue are damages incurred as a result of property damage occasioned in homes containing Chinese-manufactured drywall whose owners have complained that such drywall emitted smelly, corrosive gases.

9.       Counsel for Taylor, Neal A. Sivyer and Stephen E. Walker, are members of MDL No. 2047's Homebuilders' Steering Committee and Defendants' Steering Committee,

respectively, and are actively involved in presently litigating before Judge Fallon, in MDL No. 2047, the same issues raised in the instant case.

10.    For the foregoing reasons, and for the reasons stated in the accompanying Memorandum in Support of Motion to Transfer and Renewed Notice of Related and Potential Tag-Along Actions, the interests of all affected parties would be advanced by prompt transfer of the action that is the subject of this Tag-Along Notice and Motion to Transfer to MDL No. 2047.

Dated:  June 8, 2010.

Respectfully submitted,


/s/ Stephen E. Walker
Neal A. Sivyer
Florida Bar No. 373745
nsivyer@sbwlegal.com
Stephen E. Walker
swalker@sbwlegal.com
Florida Bar No. 0497851
SIVYER BARLOW & WATSON, P.A.
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone:  (813) 221-4242
Facsimile:  (813) 227-8598

and

/s/ Jeffrey D. Masters,
Jeffrey D. Masters, Esq.
Cal. Bar No.: 94122
jmasters@coxcastle.com
Patrick M. McGovern
Cal. Bar No.: 208977
pmcgovern@coxcastle.com
COX, CASTEL & NICHOLSON, LLP
2049 Century Park East, 28th Floor
Los Angeles, CA  90067
Phone:  (310)277-4222
Facsimile:  (310)277-7889
*Attorneys for Taylor Morrison, Inc., Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, LLC*

## CERTIFICATE OF SERVICE

### Judicial Panel Multidistrict Litigation

I hereby certify that a true and correct copy of the foregoing was furnished by regular

U.S. Mail on this 8th day of June, 2010 to those individuals listed on the attached Judicial Panel

Service List and the following:

> Russ M. Herman, Esq.
> Herman Herman Katz & Cotlar, LLP
> 820 O'Keefe Avenue
> New Orleans, LA 70113-1116
> Plaintiffs' Liaison Counsel
>
> Kerry J. Miller, Esq.
> FRILOT, LLC
> 1100 Poydras Street
> Suite 3700
> New Orleans, LA 70163-3700
> Defendants' Liaison Counsel
>
> Phillip A. Whittmann, Esq.
> Stone Pigman Walther Wittmann LLC
> 546 Carondelet Street
> New Orleans, LA 70130
> Homebuilders' Liaison Counsel
>
> Ronald L. Kammer
> Hinshaw & Culbertson LLP
> 9155 South Dadeland Boulevard
> Suite 1600
> Miami, Florida 33156
>
> Rebecca R. Weinreich, Esq.
> weinreich@lbbslaw.com
> Jordon E. Harriman, Esq.
> harriman@lbbslaw.com
> Lewis, Brisbois, Bisgaard & Smith, LLP
> 221 North Figueroa Street, Suite 1200
> Los Angeles, California 90012

/s/ Stephen E. Walker

5

# Judicial Panel on Multidistrict Litigation - Panel Service List
## for
## MDL 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation

### *** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
Docket: 2047 - Chinese-Manufactured Drywall PL
For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Service List**                                     Page 1

Docket: 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation
Status: Transferred on 06/15/2009
Transferee District: LAE      Judge: Fallon, Eldon E.                                     Printed on 02/17/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Atlas, Jan Douglas<br>ADORNO & YOSS LLP<br>350 East Las Olas Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301-4217 | =>Phone: (954) 763-1200  Fax: (954) 766-7800  Email: jda@adorno.com<br>Banner Supply Co.* |
| Bass, Hilarie<br>GREENBERG TRAURIG LLP<br>1221 Brickell Avenue<br>Miami, FL 33131 | =>Phone: (305) 579-0745  Fax: (305) 579-0717  Email: bassh@gtlaw.com<br>Lennar Corp.*; Lennar Homes, LLC fka Lennar Homes, Inc.*; U.S. Home Corp.* |
| Baumann, Gary F.<br>FULMER LEROY ALBEE BAUMANN & GLASS<br>2866 East Oakland Park Blvd.<br>Ft. Lauderdale, FL 33306 | =>Phone: (954) 707-4430  Fax: (954) 707-4431  Email: gbaumann@fulmerleroy.com<br>Independent Builders Supply Association, Inc.*# |
| Becnel, Jr, Daniel E.<br>BECNEL LAW FIRM LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | =>Phone: (985) 536-1186  Fax: (985) 536-6445  Email: dbecnel@becnellaw.com<br>Donaldson, Jill M.; Oertling, John |
| Boldt, Kimberly L.<br>ALTERS BOLDT BROWN RASH & CULMO PA<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | =>Phone: (305) 571-8550  Fax: (305) 571-8558  Email: kimberly@abbrclaw.com<br>Barrozo, Hector*; DeBarrozo, Maria Ines Pinar*; Garcia, Angela*; Garcia, Lorena* |
| Briscoe, Edward J.<br>FOWLER WHITE BURNETT PA<br>Espirito Santo Plaza<br>1395 Brickell Avenue<br>14th Floor<br>Miami, FL 33131-3302 | =>Phone: (305) 789-9200  Fax: (305) 789-9201  Email: EJB@Fowler-White.com<br>Black Bear Gypsum Supply, Inc.* |
| Burge, S. Greg<br>BURR & FORMAN LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203 | =>Phone: (205) 458-5101  Fax: (205) 244-5612  Email: gburge@burr.com<br>Rightway Drywall, Inc.* |
| Casper, Christopher C.<br>JAMES HOYER NEWCOMER & SMILJANICH PA<br>One Urban Centre<br>4830 West Kennedy Boulevard<br>Suite 550<br>Tampa, FL 33609-2589 | =>Phone: (813) 286-4100  Fax: (813) 286-4174  Email: ccasper@jameshoyer.com<br>Culliton, Kristin Morgan |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cole, Susan J.<br>BICE COLE LAW FIRM PL<br>999 Ponce de Leon Boulevard<br>Suite 710<br>Coral Gables, FL 33134 | => **Phone: (305) 444-1225  Fax: (305) 446-1598  Email: cole@bicecolelaw.com**<br>L&W Supply Corp. dba Seacoast Supply*#; USG Corp.*# |
| Coutroulis, Chris S.<br>CARLTON FIELDS PA<br>P.O. Box 3239<br>4221 West Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33601-3239 | => **Phone: (813) 223-7000  Fax: (813) 229-4133  Email: ccoutroulis@carltonfields.com**<br>M/I Homes, Inc.* |
| Crumly, Sr, Jonathan D.<br>1000 Whitlock Avenue<br>Suite 320<br>Marietta, GA 30064 | => **Email: jcrumly@little-crumly.com**<br>Rightway Drywall, Inc. |
| Diaz, Jr., Victor Manuel<br>PODHURST ORSECK PA<br>City National Bank Building<br>Suite 800<br>25 W. Flagler Street<br>Miami, FL 33130 | => **Phone: (305) 358-2800  Fax: (305) 358-2382  Email: vdiaz@podhurst.com**<br>Green, Dajan*; Morris-Chin, Janet* |
| Duplantier, Jr., Richard G.<br>GALLOWAY JOHNSON TOMPKINS BURR & SMITH<br>701 Poydras Street<br>Suite 4040<br>New Orleans, LA 70139-1200 | => **Phone: (504) 525-6802  Fax: (504) 525-2456  Email: duplantier@gjtbs.com**<br>Interior Exterior Building Supply* |
| Gilman, Kenneth G.<br>GILMAN & PASTOR LLP<br>6363 Highcroft Drive<br>Naples, FL 34119 | => **Phone: (239) 213-9960  Fax: (239) 213-9946  Email: kgilman@gilmanpastor.com**<br>Ankney, Duane |
| Kammer, Ronald L.<br>HINSHAW & CULBERTSON LLP<br>9155 South Dadeland Boulevard<br>Suite 1600<br>Miami, FL 33156 | => **Phone: (305) 358-7747  Fax: (305) 577-1063  Email: rkammer@hinshawlaw.com**<br>Mid-Continent Casualty Co.* |
| Kendall, Michael C.<br>TALLEY FRENCH & KENDALL<br>3152 Golf Ridge Boulevard<br>Suite 201<br>Douglasville, GA 30135 | => **Phone: (770) 577-3559  Fax: (770) 577-8113  Email: mckendall@bellsouth.net**<br>Auto-Owners Insurance Co.*; Owners Insurance Co.* |
| Knauf Gips KG,<br>Ridham Dock, Kemsley<br>Sittingbourne, Kent ME 9 8SR, UK | =><br>Knauf Gips KG |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 2,047 Continued)*                                                                Page 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

---

Knauf Plasterboard,
North Yinhe Bridge, East Jingjin Road
Beichen District
Tianjin, China 300400 P.R.C.

=> 
Knauf Plasterboard (Tianjin) Co., Ltd.

Knauf Plasterboard,
No. 2 Gang Wan Road
RC-241009 Whuhu Anhui, China

=>
Knauf Plasterboard (Dongguan) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd.

Knauf Plasterboard,
No. 2 Xinsha Development Zone
RC-52347 Guangdong, China

=>
Knauf Plasterboard (Dongguan) Co., Ltd.

La Suprema Enterprise,
2221 NE 164th Street
Suite 335
North Miami Beach, FL 33160

=>
La Suprema Enterprise, Inc.

La Suprema Trading, Inc.,
2221 NE 164th Street
Suite 335
N. Miam Beach, FL 33160
  *** Bad Address ***

=>
La Suprema Trading, Inc.

Landskroner, Jack
LANDSKRONER GRIECO MADDEN LTD
1360 West 9th Street
Suite 200
Cleveland, OH 44113

=> **Phone: (216) 522-9000  Fax: (216) 522-9007  Email: jack@lgmlegal.com**
Minafri, Steven

Levin, Arnold
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

=> **Phone: (215) 592-1500  Fax: (215) 592-4663  Email: alevin@lfsblaw.com**
Martinez, Felix*; Martinez, Jenny*; Niemczura, Walter*; Raphael, Gene*; Santiago, Jason*; Tarzy, Jim*; Vickers, Karin*

Nicholas, Steven L.
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
P.O. Box 66705
Mobile, AL 36660

=> **Phone: (251) 471-6191  Fax: (251) 479-1031  Email: sln@cunninghambounds.com**
Mitchell Co., Inc. (The)*

Reise, Jack
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

=> **Phone: (561) 750-3000  Fax: (561) 750-3364  Email: jreise@csgrr.com**
Riesz, Lawrence*; Schnee, Jennifer*

Rothchilt International,
N-510 Chia Hsn Bld.
Annex 96 Chung Shan N. Rd. Sec. 2
Taipei, Taiwan R.O.C.

=>
Rothchilt International Ltd.

---

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |

*** Bad Address ***

| Schwartz, Steven G.<br>SCHWARTZ & HORWITZ PLC<br>6751 North Federal Highway<br>Suite 400<br>Boca Raton, FL 33487 | =>**Phone: (561) 395-4747  Fax: (561) 367-1550  Email: sgs@sandhlawfirm.com**<br>South Kendall Construction Corp.* |
| Sivyer, Neal A.<br>SIVYER BARLOW & WATSON PA<br>401 East Jackson Street<br>Suite 2225<br>Tampa, FL 33602 | =>**Phone: (813) 221-4242  Fax: (813) 227-8598  Email: nsivyer@sbwlegal.com**<br>Taylor Woodrow Communities at Vasari, LLC* |
| Steckler, Bruce<br>BARON & BUDD<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281 | =>**Phone: (214) 521-3605  Fax: (214) 520-1181  Email: bsteckler@baronbudd.com**<br>Foster, Katherine L.* |
| Taishan Gypsum Co., Ltd.,<br>Dawenkou, Taian<br>Shandong, China 271026 | =><br>Taishan Gypsum Co., Ltd. fka Shandong Taihe Dongxin Co., Ltd. |
| Weinstein, Scott Wm.<br>MORGAN & MORGAN PA<br>12800 University Drive<br>Suite 600<br>Fort Myers, FL 33907 | =>**Phone: (239) 433-6880  Fax: (239) 433-6836  Email: sweinstein@forthepeople.com**<br>Allen, Nicole J.*; Allen, Shane M.* |

Note: Please refer to the report title page for complete report scope and key.

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:   CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CASE NO.: MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASES: 09-4114, 09-4117, and 09-4294 | |

**MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER
AND RENEWED NOTICE OF RELATED AND
POTENTIAL TAG-ALONG ACTION PURSUANT TO J.P.M.L. 7.5(e)**

Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc., and Taylor Woodrow Communities at Vasari, L.L.C. (collectively, "Taylor"), file this memorandum in support of the Motion to Transfer and Renewed Notice of Related and Potential Tag-Along Actions filed pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation by Taylor, defendants in this multidistrict litigation in the United States District Court for the Eastern District of Louisiana.

Taylor respectfully requests that, pursuant to J.P.M.L. Rule 7.4, the Judicial Panel issue a Conditional Transfer Order to MDL Case No. 2047 (the "MDL Action"), for the action identified in the Motion to Transfer and Renewed Notice of Related and Potential Tag-Along Action, namely, *Taylor Morrison, Inc., Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, L.L.C. v. American International Specialty Lines Insurance Company,*

United States District Court, Central District of California, Case No.: 2:09-CV-8651 JHN (PLAx), for the reasons set forth herein.

### The Chinese Drywall Claims Against Taylor

1.      The owners of certain homes developed and built by Taylor have made claims against Taylor, alleging that the Chinese drywall installed in the homes that they purchased from Taylor is defective and has resulted in bodily injury and property damage to their homes and personal property (the "Chinese Drywall Claims").

2.      These Chinese Drywall Claims include lawsuits filed in the United States District Courts for the Southern and Middle Districts of Florida (the "Florida Lawsuits").

### Consolidation of the Florida Lawsuits in the MDL Litigation

3.      On June 15, 2009, this Panel ordered that the Florida Lawsuits against Taylor be transferred to the Eastern District of Louisiana and that they be assigned to the Honorable Eldon E. Fallon for coordinated or consolidated pretrial proceedings with other actions involving Chinese Drywall claims.  626 F.Supp.2d 1346 (U.S. Jud. Pan. Mult. Lit. 2009).

### Taylor's Insurance Coverage Action

4.      Taylor is an insured under certain commercial umbrella liability insurance policies issued by American International Specialty Lines Insurance Company ("AISLIC"), for policy periods ranging from at least March 1, 2005 to March 1, 2009.

5.      Taylor tendered the Chinese Drywall Claims to AISLIC for indemnity, but AISLIC failed to acknowledge its coverage obligations.

6.      Taylor filed its insurance coverage action against AISLIC on August 31, 2009 in the Superior Court of the State of California, County of Los Angeles, Case No. BC420870, seeking a declaration that AISLIC is obligated to indemnify it for the Chinese Drywall Claims (the "California State Court Action").

7.     On November 24, 2009, AISLIC removed the California State Court Action to the United States District Court, Central District of California, pursuant to 28 U.S.C. §§ 1441(b) (the "California Federal Court Action").

8.     Since then, the California Federal Court Action was ordered to be transferred to the United States District Court, Middle District of Florida.  However, so far as Taylor is aware, the California Federal Court Action has not yet been physically transferred or designated a case number in the Middle District of Florida.

9.     AISLIC has filed an Answer and Affirmative Defenses in response to the California Federal Court Action denying any obligation to Taylor for the Chinese Drywall Claims.

10.     The affirmative defenses asserted by AISLIC in the California Federal Court Action are similar to the defenses raised by other insurers in Chinese drywall cases currently pending before Judge Fallon in the Eastern District of Louisiana and in other United States District Courts, and include, *inter alia*:

a.     That there is no coverage under the subject policies for the Chinese Drywall Claims to the extent that parties other than the Taylor entities are liable for the damages alleged;

b.     That the subject policies do not cover damages of the type sought in the Chinese Drywall Claims;

c.     That there is no coverage for losses relating to the repair or replacement of defective Chinese drywall;

d.     That there is no coverage under the subject policies if the alleged bodily injury or property damage first commenced before the inception of any particular policy;

3

e.      That there is no coverage if the alleged bodily injury or property damage arose from the release or escape of "pollutants;" and

f.      That there is no coverage due to any number of exclusions found in a standard commercial umbrella liability insurance policy.

**Common Questions of Fact**

11.     There are multiple common questions of fact in the California Federal Court Action and the MDL Action. These include:

a.      The manner in which Chinese drywall was manufactured, imported, distributed, and installed, as such relate to the standard pollution exclusion;

b.      Whether Chinese drywall is a potential cause of bodily injury or property damage;

c.      If Chinese drywall is a potential cause of bodily injury or property damage, the process by which it causes injury or damage;

d.      If Chinese drywall is a potential cause of bodily injury or property damage, the time period during which such bodily injury or property damage occurred;

e.      The relationship (if any) between Chinese drywall and the bodily injury and property damage allegedly suffered by plaintiffs who purchased homes from Taylor;

f.      The nature of the bodily injury and property damage allegedly suffered by the plaintiffs who purchased homes from Taylor, including the dates and duration of the injury and damage;

g.      The items and amounts of monetary damages incurred by these plaintiffs; and

4

> h.    Taylor's liability (if any) for Chinese Drywall Claims to the

plaintiffs who purchased homes from them, and the liability of other parties for those

claims (mixed question of fact and law).

**Common Questions of Law**

12.    The common questions of law in the California Federal Court Action and the

MDL Action include the theories upon which liability of Taylor in the MDL Action are based

(Negligence, Negligence Per Se, Strict Liability, Breach of Warranty, Breach of Contract,

Nuisance, etc.), and the theories of law upon which the potential liability of other parties for the

Chinese Drywall Claims against Taylor are based.

13.    Questions of insurance coverage law in the California Federal Court Action

pertaining to insurance coverage obligations owed to Taylor are now common to the MDL

Action and direct actions filed against insurers that are now pending before the MDL Court.

**Just, Efficient, and Consistent Resolution of Claims**

14.    Taylor is currently a named defendant in cases pending in MDL No. 2047, In Re:

Chinese-Manufactured Drywall Products Liability Litigation, before the Honorable Eldon E.

Fallon in the Eastern District of Louisiana.  Judge Fallon and the attorneys representing Taylor

are well-versed in the facts and issues surrounding all aspects of the Chinese drywall cases.

Allowing Judge Fallon to preside over the pre-trial litigation of the instant action and similar

cases would provide for the best opportunity for a just, efficient, and consistent resolution of all

aspects of the cases stemming from the effects of Chinese drywall.

15.    Likewise, AISLIC is a named defendant in at least one similar direct action

pending before the Honorable Eldon E. Fallon in the Eastern District of Louisiana, involving

similar, if not identical, issues of law and fact – namely, *Pate v. AISLIC, et al.*, (E.D. La., Case

No. 09-07791).

5

16.     AISLIC and its successor, Chartis Specialty Insurance Company, are both named as defendants in another direct action filed by the Plaintiffs' Steering Committee before the Honorable Eldon E. Fallon in the Eastern District of Louisiana, involving similar issues of law and fact – namely, Omnibus Complaint (V), *Dean and Dawn Amato, et al. v. AISLIC, et al.*, (E.D. La., Case No. 10-932).

17.     Judge Fallon has recently expressed interest in receiving claims regarding insurance coverage.  *See In re Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, January 14, 2010 Status Conference Hearing Transcript at 15 (E.D. La. Jan. 14, 2010), where Judge Fallen stated:

> There's also some matter that I mentioned the last time with the insurance companies, the issue of whether or not they should be transferred to the MDL and consolidated with this case or whether they should go forward with separate, independent jurisdictions.
>
> I studied the matter a little more closely, and I find that a lot of the policy defenses that are being argued really have to do with the type of issues that I'll be dealing with the MDL; that is to say, a defense might be contesting contamination or contesting the type of materials that was being used and whether or not that is accepted or excluded by the policy.
>
> Rather than have discovery in the various districts of the country on the same issues-the whole purpose of the MDL is to prevent that-those insurance issues, since they deal with the same facts that I'll be dealing with in the MDL, it looks like that those cases are better and more efficiently dealt with if they are transferred to the MDL. Hopefully, that will be done.

18.     Additionally, Plaintiffs' Liaison Counsel and Plaintiffs' Lead Counsel in the MDL Action have submitted to this Panel a motion and memorandum of law requesting transfer and consolidation of this and other similar matters to the MDL Action.

19.     A transfer of the California Federal Court Action to the MDL Action in Louisiana will undoubtedly enhance the just and efficient conduct of all Chinese drywall cases, including the instant case, and promote the resolution of issues created by the effects of Chinese drywall.

20.     A transfer will avoid the duplication of discovery on the common issues of fact described above.  For example, absent a transfer, the plaintiff homeowners will likely be deposed in both cases.  There will also be significant efficiencies and savings through the use of a single document depository and method for the transfer of information.  A transfer will also avoid inconsistent discovery and other pre-trial rulings.

21.     However, the most significant benefit of a transfer is likely to be that it will facilitate the settlement of both the plaintiff homeowners' claims against Taylor and Taylor's claims against AISLIC.  It may not be possible to settle the homeowners' claims without insurance company participation, but given such participation, Taylor's claims against its carriers will almost certainly be resolved at the same time.

**Conclusion**

Taylor respectfully requests that the Panel conditionally transfer the action referenced in the Motion to Transfer and Renewed Notice of Related and Potential Tag-Along Case and in the attached schedule, to the MDL Action, now pending in the Eastern District of Louisiana, before the Honorable Eldon E. Fallon.

Dated:  June 8, 2010.

Respectfully submitted,

/s/ Stephen E. Walker
Neal A. Sivyer
Florida Bar No. 373745
nsivyer@sbwlegal.com
Stephen E. Walker
swalker@sbwlegal.com
Florida Bar No. 0497851
SIVYER BARLOW & WATSON, P.A.
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:  (813) 227-8598

7

and

/s/ Jeffrey D. Masters,

Jeffrey D. Masters, Esq.
Cal. Bar No.: 94122
jmasters@coxcastle.com
Patrick M. McGovern
Cal. Bar No.: 208977
pmcgovern@coxcastle.com
COX, CASTEL & NICHOLSON, LLP
2049 Century Park East, 28th Floor
Los Angeles, CA  90067
Phone:  (310)277-4222
Facsimile:  (310)277-7889
*Attorneys for Taylor Morrison, Inc., Taylor
Morrison Services, Inc., and Taylor Woodrow
Communities at Vasari, LLC*

## CERTIFICATE OF SERVICE

### Judicial Panel Multidistrict Litigation

I hereby certify that a true and correct copy of the foregoing was furnished by regular

U.S. Mail on this 8th day of June, 2010 to those individuals listed on the attached Judicial Panel

Service List and the following:

Russ M. Herman, Esq.
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113-1116
Plaintiffs' Liaison Counsel

Kerry J. Miller, Esq.
FRILOT, LLC
1100 Poydras Street
Suite 3700
New Orleans, LA  70163-3700
Defendants' Liaison Counsel

Phillip A. Whittmann, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA  70130
Homebuilders' Liaison Counsel

8

Ronald L. Kammer
Hinshaw & Culbertson LLP
9155 South Dadeland Boulevard
Suite 1600
Miami, Florida  33156

Rebecca R. Weinreich, Esq.
weinreich@lbbslaw.com
Jordon E. Harriman, Esq.
harriman@lbbslaw.com
Lewis, Brisbois, Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012

/s/ Stephen E. Walker _____

9

**Judicial Panel on Multidistrict Litigation - Panel Service List**

**for**

**MDL 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation**

**\*\*\* Report Key and Title Page \*\*\***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
  \* Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
  Docket: 2047 - Chinese-Manufactured Drywall PL
  For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Service List**

Page 1

Docket:  2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation

Status:  Transferred on 06/15/2009

Transferee District:  LAE     Judge:  Fallon, Eldon E.

Printed on 02/17/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Atlas, Jan Douglas<br>ADORNO & YOSS LLP<br>350 East Las Olas Blvd<br>Suite 1700<br>Fort Lauderdale, FL 33301-4217 | =>Phone: (954) 763-1200  Fax: (954) 766-7800  Email: jda@adorno.com<br>Banner Supply Co.* |
| Bass, Hilarie<br>GREENBERG TRAURIG LLP<br>1221 Brickell Avenue<br>Miami, FL 33131 | =>Phone: (305) 579-0745  Fax: (305) 579-0717  Email: bassh@gtlaw.com<br>Lennar Corp.*; Lennar Homes, LLC fka Lennar Homes, Inc.*; U.S. Home Corp.* |
| Baumann, Gary F.<br>FULMER LEROY ALBEE BAUMANN & GLASS<br>2866 East Oakland Park Blvd.<br>Ft. Lauderdale, FL 33306 | =>Phone: (954) 707-4430  Fax: (954) 707-4431  Email: gbaumann@fulmerleroy.com<br>Independent Builders Supply Association, Inc.*# |
| Becnel, Jr, Daniel E.<br>BECNEL LAW FIRM LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | =>Phone: (985) 536-1186  Fax: (985) 536-6445  Email: dbecnel@becnellaw.com<br>Donaldson, Jill M.; Oertling, John |
| Boldt, Kimberly L.<br>ALTERS BOLDT BROWN RASH & CULMO PA<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | =>Phone: (305) 571-8550  Fax: (305) 571-8558  Email: kimberly@abbrclaw.com<br>Barrozo, Hector*; DeBarrozo, Maria Ines Pinar*; Garcia, Angela*; Garcia, Lorena* |
| Briscoe, Edward J.<br>FOWLER WHITE BURNETT PA<br>Espirito Santo Plaza<br>1395 Brickell Avenue<br>14th Floor<br>Miami, FL 33131-3302 | =>Phone: (305) 789-9200  Fax: (305) 789-9201  Email: EJB@Fowler-White.com<br>Black Bear Gypsum Supply, Inc.* |
| Burge, S. Greg<br>BURR & FORMAN LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203 | =>Phone: (205) 458-5101  Fax: (205) 244-5612  Email: gburge@burr.com<br>Rightway Drywall, Inc.* |
| Casper, Christopher C.<br>JAMES HOYER NEWCOMER & SMILJANICH PA<br>One Urban Centre<br>4830 West Kennedy Boulevard<br>Suite 550<br>Tampa, FL 33609-2589 | =>Phone: (813) 286-4100  Fax: (813) 286-4174  Email: ccasper@jameshoyer.com<br>Culliton, Kristin Morgan |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 2,047 Continued)*                                                                                                      Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

**Cole, Susan J.**
BICE COLE LAW FIRM PL
999 Ponce de Leon Boulevard
Suite 710
Coral Gables, FL 33134

=> **Phone: (305) 444-1225  Fax: (305) 446-1598  Email: cole@bicecolelaw.com**
L&W Supply Corp. dba Seacoast Supply*#; USG Corp.*#

**Coutroulis, Chris S.**
CARLTON FIELDS PA
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

=> **Phone: (813) 223-7000  Fax: (813) 229-4133  Email: ccoutroulis@carltonfields.com**
M/I Homes, Inc.*

**Crumly, Sr, Jonathan D.**
1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

=> **Email: jcrumly@little-crumly.com**
Rightway Drywall, Inc.

**Diaz, Jr., Victor Manuel**
PODHURST ORSECK PA
City National Bank Building
Suite 800
25 W. Flagler Street
Miami, FL 33130

=> **Phone: (305) 358-2800  Fax: (305) 358-2382  Email: vdiaz@podhurst.com**
Green, Dajan*; Morris-Chin, Janet*

**Duplantier, Jr., Richard G.**
GALLOWAY JOHNSON TOMPKINS BURR & SMITH
701 Poydras Street
Suite 4040
New Orleans, LA 70139-1200

=> **Phone: (504) 525-6802  Fax: (504) 525-2456  Email: duplantier@gjtbs.com**
Interior Exterior Building Supply*

**Gilman, Kenneth G.**
GILMAN & PASTOR LLP
6363 Highcroft Drive
Naples, FL 34119

=> **Phone: (239) 213-9960  Fax: (239) 213-9946  Email: kgilman@gilmanpastor.com**
Ankney, Duane

**Kammer, Ronald L.**
HINSHAW & CULBERTSON LLP
9155 South Dadeland Boulevard
Suite 1600
Miami, FL 33156

=> **Phone: (305) 358-7747  Fax: (305) 577-1063  Email: rkammer@hinshawlaw.com**
Mid-Continent Casualty Co.*

**Kendall, Michael C.**
TALLEY FRENCH & KENDALL
3152 Golf Ridge Boulevard
Suite 201
Douglasville, GA 30135

=> **Phone: (770) 577-3559  Fax: (770) 577-8113  Email: mckendall@bellsouth.net**
Auto-Owners Insurance Co.*; Owners Insurance Co.*

**Knauf Gips KG,**
Ridham Dock, Kemsley
Sittingbourne, Kent ME 9 8SR, UK

=>
Knauf Gips KG

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Knauf Plasterboard,<br>North Yinhe Bridge, East Jingjin Road<br>Beichen District<br>Tianjin, China 300400 P.R.C. | => <br>Knauf Plasterboard (Tianjin) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Gang Wan Road<br>RC-241009 Whuhu Anhui, China | => <br>Knauf Plasterboard (Dongguan) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd. |
| Knauf Plasterboard,<br>No. 2 Xinsha Development Zone<br>RC-52347 Guangdong, China | => <br>Knauf Plasterboard (Dongguan) Co., Ltd. |
| La Suprema Enterprise,<br>2221 NE 164th Street<br>Suite 335<br>North Miami Beach, FL 33160 | => <br>La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc.,<br>2221 NE 164th Street<br>Suite 335<br>N. Miam Beach, FL 33160<br> *** Bad Address *** | => <br>La Suprema Trading, Inc. |
| Landskroner, Jack<br>LANDSKRONER GRIECO MADDEN LTD<br>1360 West 9th Street<br>Suite 200<br>Cleveland, OH 44113 | =>**Phone: (216) 522-9000  Fax: (216) 522-9007  Email: jack@lgmlegal.com**<br>Minafri, Steven |
| Levin, Arnold<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3697 | =>**Phone: (215) 592-1500  Fax: (215) 592-4663  Email: alevin@lfsblaw.com**<br>Martinez, Felix*; Martinez, Jenny*; Niemczura, Walter*; Raphael, Gene*; Santiago, Jason*; Tarzy, Jim*; Vickers, Karin* |
| Nicholas, Steven L.<br>CUNNINGHAM BOUNDS LLC<br>1601 Dauphin Street<br>P.O. Box 66705<br>Mobile, AL 36660 | =>**Phone: (251) 471-6191  Fax: (251) 479-1031  Email: sln@cunninghambounds.com**<br>Mitchell Co., Inc. (The)* |
| Reise, Jack<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432 | =>**Phone: (561) 750-3000  Fax: (561) 750-3364  Email: jreise@csgrr.com**<br>Riesz, Lawrence*; Schnee, Jennifer* |
| Rothchilt International,<br>N-510 Chia Hsn Bld.<br>Annex 96 Chung Shan N. Rd. Sec. 2<br>Taipei, Taiwan R.O.C. | => <br>Rothchilt International Ltd. |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 2,047 Continued)*                                                      Page 4

| **ATTORNEY - FIRM** | **REPRESENTED PARTY(S)** |
|---|---|

**\*\*\* Bad Address \*\*\***

Schwartz, Steven G.
SCHWARTZ & HORWITZ PLC
6751 North Federal Highway
Suite 400
Boca Raton, FL 33487

=>**Phone: (561) 395-4747  Fax: (561) 367-1550  Email: sgs@sandhlawfirm.com**
South Kendall Construction Corp.\*


Sivyer, Neal A.
SIVYER BARLOW & WATSON PA
401 East Jackson Street
Suite 2225
Tampa, FL 33602

=>**Phone: (813) 221-4242  Fax: (813) 227-8598  Email: nsivyer@sbwlegal.com**
Taylor Woodrow Communities at Vasari, LLC\*


Steckler, Bruce
BARON & BUDD
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

=>**Phone: (214) 521-3605  Fax: (214) 520-1181  Email: bsteckler@baronbudd.com**
Foster, Katherine L.\*


Taishan Gypsum Co., Ltd.,
Dawenkou, Taian
Shandong, China 271026

=>
Taishan Gypsum Co., Ltd. fka Shandong Taihe Dongxin Co., Ltd.


Weinstein, Scott Wm.
MORGAN & MORGAN PA
12800 University Drive
Suite 600
Fort Myers, FL 33907

=>**Phone: (239) 433-6880  Fax: (239) 433-6836  Email: sweinstein@forthepeople.com**
Allen, Nicole J.\*; Allen, Shane M.\*

---

Note: Please refer to the report title page for complete report scope and key.